JPML FORM 1A                                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 349 -- IN RE ENVIRONMENTAL PROTECTION AGENCY DATA COMPENSATION LITIGATION

| Date | No. Code | |
|---|---|---|
| 5/16/78 | 1 | MOTION, BRIEF, -- Jointly by Amchem Products, Inc. and American Cyanamid Company -- w/Schedule of actions and Cert. of Service  SUGGESTED TRANSFEREE COURT: Eastern District of Pennsylvania  SUGGESTED TRANSFEREE JUDGE:                                  (cds) |
| ~~5/16/78~~ | | ~~APPEARANCE -- AMERICAN CYANAMID~~ |
| 5/25/78 | | REQUEST FOR EXTENTION OF TIME -- Department of Justice -- Granted to all parties to and including June 2, 1978 (cds) |
| 5/26/78 | | APPEARANCE -- JOSEPH E. STEVENS, JR., ESQUIRE for Amchem and AM. CY.  BARBARA H. BRANDON, ESQ. for Douglas Costle, EPA  PATRICK M. RAHER, ESQ. for Rohm and Haas Co. |
| 5/30/78 | | APPEARANCE -- ALLEN T. MALONE, ESQ. for Transvaal, Inc. (cs) |
| 6/6/78 | 2 | RESPONS/BRIEF -- Environmental Protection Agency -- w/cert. of service and Exhibits A through F (cds) |
| 6/12/78 | 3 | JOINT REPLY OF AMCHEM PRODUCTS, INC., AND AMERICAN CYANAMID CO. TO DEFENDANTS COSTLE'S RESPONSE TO MOTION TO TRANSFER PURSUANT TO 28 U.S.C. §1407(a)      (rew) |
| 6/29/78 | | HEARING ORDER -- Setting A-1 through A-5 for Hearing in Los Angeles, California on July 28, 1978 (cds) |
| 7/25/78 | | HEARING APPEARANCE FOR 7/28/78 HEARING  SUSAN GEGGEL LEPOW, ESQ. for EPA  JOSEPH STEVENS, JR., ESQ. for American Cyanamid Co. and Amchem xx Products                               (rew) |
| 8/11/78 | | Order -- Denying transfer of A-1 through A-5 under §1407 (cds) |

DOCKET NO. 349 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Environmental Protection Agency Data Compensation Litigation

## Summary of Panel Actions

Date(s) of Hearing(s)  7/28/78
Consolidation Ordered _____    Consolidation Denied  8/11/78
Opinion and/or Order _____
Citation _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Amchem Products, Inc. v. Douglas M. Costle, Adm., Environmental Protection Agency and Transvaal, Inc. | E.D. Pa. Bechtle | 78-12 | | | | |
| A-2 | Rohm and Haas Company v. Douglas M. Costle, Adm., Environmental Protection Agency | E.D. Pa. Fullam | 78-6 | | | | |
| A-3 | American Cyanamid Company v. Douglas M. Costle, Adm., Environmental Protection Agency and Thomas-Hayward Chemical Co. | W.D. Mo. Clark | 78-0001-CV-W-3 | | | | |
| A-4 | Amchem Products, Inc. v. Douglas M. Costle, Adm., Environmental Protection Agency and Transvaal, Inc. | W.D. Mo. Clark | 78-0002-CV-W-3 | | | | |
| A-5 | American Cyanamid Company v. Douglas M. Costle, Adm., Environmental Protection Agency and Thompson-Hayward Chemical Co. | D. Maine Gignoux | 78-5 SD | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 349 -- IN RE ENVIORNMENTAL PROTECTION AGENCY DATA COMPENSATION LITIGATION

AMCHEM PRODUCTS, INC.
AMERICAN CYANAMID COMPANY
Joseph E. Stevens, Jr., Esquire
Lathrop, Koontz, Righter, Clagett,
  Parker & Norquist
1500 TwoMain Center
Kansas City, Missouri  64105

THOMPSON-HAYWARD CHEMICAL CO.
Thomas W. Wagstaff, Esquire
Blackwell, Sanders, Matheny, Weary
  & Lombardi
Five Crown Center, Suite 600
2480 Pershing Road
Kansas City, Missouri  64108

Douglas M. Costle, Administrator,
ENVIRONMENTAL PROTECTION AGENCY
Barbara H. Brandon, Esquire
Department of Justice
9th and Pennsylvania Ave., N.W.
Washington, D. C.  20530

ROHM AND HAAS COMPANY
Patrick M. Raher, Esquire
Hogan & Hartson
815 Connecticut Avenue, N.W.
Washington, D. C.  20006

TRANSVAAL, INC.
Allen T. Malone, Esquire
Apperson, Crump, Duzane & Maxwell
100 North Main Building
Suite 2610
Memphis, Tennessee  38103

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __349__ -- In re Environmental Protection Agency Data Compensation Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Douglas M. Costle, Adm. Environmental Protection Agency | A-1  A-2  A-3  A-4  A-5 |
| TRANSVAAL, INC. | A-1  A-4  A-3 |
| THOMAS-HAYWARD CHEMICAL COMPANY | A-3  A-5 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |