JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 349

AUG 11 1978

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CLERK OF THE PANEL

IN RE ENVIRONMENTAL PROTECTION AGENCY DATA COMPENSATION LITIGATION

ORDER

During oral argument before the Panel on this matter, counsel for movants conceded that all the actions listed on the attached Schedule A involve a preliminary issue of law concerning whether movants are entitled to a trial de novo in federal district court concerning the decisions of the Environmental Protection Agency on the data compensation issues. Furthermore, all parties appearing before the Panel agree that the actions at bar will not raise common questions of fact unless trials de novo are permitted in these actions.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED, without prejudice to the right of any party to seek transfer under Section 1407 after the trial de novo issue has been fully resolved in the actions listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

SCHEDULE A                                                DOCKET NO. 349

### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Amchem Products, Inc. v. Douglas M. Costle, Adm., Environmentl Protection Agency and Transvaal, Inc. | Civil Action No. 78-12 |
| Rohm and Haas Company v. Douglas M. Costle, Adm., Environmental Protection Agency | Civil Action No. 78-6 |

### WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| American Cyanamid Company v. Douglas M. Costle, Adm., Environmental Protection Agency and Thomas-Hayward Chemical Co. | Civil Action No. 78-0001-CV-W-3 |
| Amchem Products, Inc. v. Douglas M. Costle, Adm., Environmental Protection Agency and Transvaal, Inc. | Civil Action No. 78-0002-CV-W-3 |

### DISTRICT OF MAINE

| | |
|---|---|
| American Cyanamid Company v. Douglas M. Costle, Adm., Environmental Protection Agency and Thompson-Hayward Chemical Co. | Civil Action No. 78-5 SD |